01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08 TRAVIS W. HUDGENS,    ) CASE NO. C08-1599-RSL-MAT
              )
09   Plaintiff,     )
              )
10  v.        ) ORDER STRIKING PLAINTIFF'S
              ) MOTION AND AFFIDAVITS
11 RICK GRIMSTEAD, *et al.*,   )
              )
12   Defendants.    )
_____ )

13

14   Plaintiff is a Washington State prisoner proceeding *pro se* and *in forma pauperis* in this

15 action pursuant to 42 U.S.C. § 1983. On February 23, 2009, the Court issued an Order setting

16 pretrial deadlines for discovery and dispositive motions. (Dkt. No. 18). On that same day,

17 plaintiff filed a "Joint Status Certificate and Proposed Discovery Plan" along with a motion to

18 expedite hearing on the discovery plan and an unrelated affidavit. (Dkt. Nos. 19-21). Having

19 considered the recent filings of plaintiff, the Court does hereby find and Order as follows:

20   (1)  At this stage of the proceedings, it is not necessary for plaintiff to file a proposed

21 discovery plan or affidavits. As the Court's Order of February 23, 2009 indicates, plaintiff may

22 proceed with discovery, without filing a proposed plan, until April 24, 2009. At a future date, if

01 this case continues to trial, the Court may require plaintiff to file a Joint Status Report.

02 Accordingly, the Clerk shall STRIKE plaintiff's Joint Status Certificate and Proposed Discovery

03 Plan, his motion to expedite hearing, and affidavit. (Dkt. Nos. 19-21). Because he is *pro se* and

04 may need these documents in the future, the Clerk shall return these documents to plaintiff.

05   (2) The Clerk shall send a copy of this Order to plaintiff, to counsel for defendants, and

06 to the Honorable Robert S. Lasnik.

07   DATED this <u>25th</u> day of February, 2009.

08

09        Mary Alice Theiler
       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER STRIKING PLAINTIFF'S
MOTION AND AFFIDAVITS
PAGE -2