UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS W. HUDGENS,                     )    CASE NO. C08-1599-RSL-MAT
                                       )
          Plaintiff,                   )
                                       )
     v.                                )    ORDER GRANTING MOTION FOR
                                       )    EXTENSION OF TIME AND
RICK GRIMSTEAD, et al.,                )    RENOTING PLAINTIFF'S
                                       )    SUMMARY JUDGMENT MOTION
          Defendant.                   )
_____)

        Plaintiff Travis W. Hudgens moves for an extension of time to file a reply on his own

motion for summary judgment. (Dkt. 33.)   The Court GRANTS Mr. Hudgens's unopposed

motion for an extension of time.   He may file his reply on his motion for summary judgment by

August 17, 2009.   The Court directs the Clerk to RENOTE plaintiff's motion for summary

judgment (Dkt. 29) for consideration on August 21, 2009, so that it may be considered on the

same date as defendants' motion for summary judgment (Dkt. 35).

        DATED this 30th day of July, 2009.


                                            _____
                                            Mary Alice Theiler
                                            United States Magistrate Judge