UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| TRAVIS W. HUDGENS, | ) | CASE NO. C08-1599-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| | ) | |
| RICK GRIMSTEAD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendants' motion for summary judgment (Dkt. 35) is GRANTED and plaintiff's motion for summary judgment (Dkt. 29) is DENIED;

(3) Plaintiff's complaint is DISMISSED with prejudice; and

(4) A copy of this Order shall be forwarded to plaintiff, to counsel for defendants,

ORDER DISMISSING § 1983 ACTION
PAGE -1

01 and to the Honorable Mary Alice Theiler.

02

03 DATED this 6th day of January, 2010.

04
            *[signature]*
05         Robert S. Lasnik
            United States District Judge
06

ORDER DISMISSING § 1983 ACTION
PAGE -2